AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 23, 2020**

SEAN F. McAVOY, CLERK

ALBERTO ALVAREZ,

*Plaintiff*

v.

YAKIMA COUNTY DEPARTMENT OF CORRECTIONS, YAKIMA COUNTY, CHIEF HIMES, CORPORAL CHOATE, CORRECTIONS OFFICER CAMPOS, LT. C. FREEBURG, LT. BILL SPLAWN, SGT. M. KEAGLE, AND SGT. M. BLAKE,

*Defendant*

Civil Action No.   1:20-CV-03071-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF No. 9) is GRANTED. The Complaint is DISMISSED WITHOUT PREJUDICE.
Judgment of Dismissal Without Prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian   on a motion for Voluntary Dismissal (ECF No. 9)

Date:  09/23/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates